**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-6656**

JAKIE HAMMONDS,

                              Plaintiff - Appellant,

        versus

STATE OF NORTH CAROLINA,

                              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CA-99-793-5-BR)

Submitted:  July 27, 2000          Decided:  August 7, 2000

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jakie Hammonds, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jakie Hammonds appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint for failure to state a claim under 28 U.S.C.A. § 1915(e)(2)(B) (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hammonds v. North Carolina, No. CA-99-793-5-BR (E.D.N.C. Apr. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED